Ronald L. Rhodes 34538
Name
LCF P.O. Box 2
Lansing, KS 66043
Address

**FILED**
Smnd
AUG 30 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RONALD L. RHODES, Plaintiff
(Full Name) et al.,

v.

DON RAYMOND, ROGER Defendant(s)

WERHOLTZ, DAVID R. McKUNE
et al.,

CASE NO. 07-3228-SAC

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Ronald L. Rhodes, is a citizen of Kansas
   (Plaintiff)                                    (State)
   who presently resides at LCF P.O. Box 2, Lansing, KS 66043
                                                 (Mailing address or place
   Lansing Correctional Facility          .
   of confinement)

2) Defendant Don Raymond                          is a citizen of
              (Name of first defendant)
   Kansas City, KS                        , and is employed as
           (City, State)
   Dir. Innerchange Freedom Initiative. At the time the claim(s)
      (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law?  Yes ☒  No ☐  If your answer is "Yes", briefly explain:
   By virtue of state law defendant is acting under color
   of state law by operating a religious program at LCF.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Roger Werholtz__ is a citizen of
   *(Name of second defendant)*
   __Topeka, Ks 66612__, and is employed as
   *(city, state)*
   __Secretary of Corrections__. At the time the claim(s)
   *(Position and title, if any)*
   alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:
   __By Virtue of State Law defendant is Acting Under color of State Law__

   (Use the back of this page to furnish the above information for additional defendants.) __Additional defendants - Extra page__ 51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   __42 U.S.C. 1985(3)__

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   Plaintiff's et al., is bringing forth this claim against the partial state funding of a religious program known as Innerchange Freedom Initiative (IFI) program. Plaintiff(s) et al., alleges that the program violates the First Amendment for the Separation of church and State, as it is partially funded by the State, i.e., staffing State employees, utilizing State buildings, State medical and food services, etc., The program practices invidious discrimination, violates Equal Protection and Equal Application, i.e., parole considerations, employment, custody classifications, etc., while denying inmates so similarly situated the same.

-2-

Additional Defendants et al.,

3. David R. McKune is a citizen of Leavenworth, Ks and is employed as Warden at LCF. At the time the claims alleged in this complaint, defendant was Acting under color of State Law.

4. Donald Portice is a citizen of Leavenworth, Ks and is employed as Corrections Counselor. At the time the claims alleged in this complaint, defendant was Acting under color of State Law.

5. Shirley Hensley is a citizen of Leavenworth, Ks and is employed as Corrections Counselor. At the time the claims alleged in this complaint, defendant was Acting under color of State Law.

6. Rudy Feliciano is a citizen of Topeca, Ks and is employed as a Member of KPB. At the time the claims alleged in this complaint, defendant was Acting Under Color of State Law.

Defendants Don Raymond, David R. McKune, Donald Portice & Shirley Hensley can be Served at LCF P.O. Box 2, Lansing, Ks 66043.
Defendants Roger Werholtz and Rudy Feliciano can be served at Landon State Office Building, Topeka, Ks 66612.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Plaintiffs, et al., allege that the partial state funding of the Inter Change Freedom Indiative Program violates the First Amendment Separation of church and state.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

The Inner Change Freedom Indiative Program is a strictly religious program (christianity) specifically designed to convert a particular religious belief Namely Christianity. The KDOC is partially funding this program with state funds, while excluding inmates so similarly situated from participating because of custody Classifications, different religious beliefs, invidious discrimination, etc.,

B)(1) Count II: Plaintiffs, et al., alleges that the IFI program is allowed to dictate state policies which violates the 5th & 14th Amends. Equal Protection & Due Process.

(2) Supporting Facts:

The Inner Change Freedom Indiative (IFI) program, while operating in Max. security facility receives and dictates preferential treatment, for it's participants, while denying the same to inmates so similarly situated by virtue of it's partial state funding, i.e., prison employment, security, parole considerations, etc., The state funding and IFI practices violates the Equal Protection Clause and Due Process.

-3-

C) (1) Count III: Plaintiffs et al., Alleges that because of the partial state funding State Agents are Allowed to practice retaliation & Discrimination, Violative of the 1st & 14th Amends

(2) Supporting Facts:
The defendant State Agents Are Allowed to practice invidious discrimination and retaliation specifically relating and regarding the decision-making of inmates being Accepted and denied participation in the IFI program. State Agents Allowed to influence whether an inmate can participate in a religious program violates the 1st Amend. Practicing discrimination to deny the same Violates the 14th Amend. No Separation Church & State.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

   b) Name of court and docket number N/A

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

   d) Issues raised N/A

-4-

Count IV.

Plaintiff(s) et al., Allege that the KPB requiring inmates to complete IFI Violates Separation of Church and State against the 1st Amendment.

Supporting Facts:

Members of the Kansas Parole Board practices preferential treatment and recommends participation in a program which is solely directed toward Christian indoctrination for the purpose of favorable parole consideration. The KPB interest in such a program as a requirement for parole violates the Separation of Church and State.

e)  Approximate date of filing lawsuit ___N/A___

f)  Approximate date of disposition ___N/A___

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. ☒ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Plaintiff(s) et al., attempted and exhausted his administrative remedies by filing of a grievance against the defendants.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Plaintiff(s) et al., request to have defendant(s) et al., enjoined from the operation of a religious program while receiving partial state funding.

Plaintiff(s) et al., request to have defendant(s) et al., refund and reimburse all state funds received by Inter Change Freedom Initiative Program.

___N/A___
Signature of Attorney (if any)

___Ronald L. Rhodes___
Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

-5-

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at __Lansing Corr. Facility__ on __August 14__, 20_07_.
 _(Location)_   _(Date)_

_Ronald L. Rhodes_
_(Signature)_